Certificate Number: 05781-PAM-DE-031849691

Bankruptcy Case Number: 18-04271


05781-PAM-DE-031849691

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2018, at 9:55 o'clock AM PDT, Liza Robb completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 2, 2018

By: /s/Allison M Geving

Name: Allison M Geving

Title: President