# SHEAR TECHNIQUES II, LLC
## Payroll History Detail Report
### By Employee Code / Check Date
Date Range: 10/10/2018 - 11/7/2018

| Emp Code | Employee Name | Social Security Number | Check# | Check Date | Period Date | Post Date | | | | | Wks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 002495 | ROBB, LIZA M | 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 | 726 | 10/10/2018 | 10/6/2018 | 10/10/2018 | | | | | 2 |
| | Gross 921.10 | FWT 47.70 | EIC 0.00 | SSEC 57.11 | MDCR 13.36 | SWT 28.28 | SUI 0.55 | SDI 0.00 | LWT-1 17.50 | LWT-2 0.00 | DEDS 2.00 | GARN 0.00 | NET 754.60 | |
| | Reg Pay: 921.10 | Ovt Pay: 0.00 | | | | | | | | | |
| | Reg Hrs: | Ovt Hrs: 0.00 | Other Pay: 0.00 | Other Hrs: 0.00 | Vacation Pay: 0.00 | Vacation Hrs: 0.00 | Sick Pay: 0.00 | Sick Hrs: 0.00 | | | |
| 002495 | ROBB, LIZA M | 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 | 727 | 10/24/2018 | 10/20/2018 | 10/24/2018 | | | | | 2 |
| | Gross 1,283.70 | FWT 86.10 | EIC 0.00 | SSEC 79.59 | MDCR 18.61 | SWT 39.41 | SUI 0.77 | SDI 0.00 | LWT-1 24.39 | LWT-2 0.00 | DEDS 2.00 | GARN 0.00 | NET 1,032.83 | |
| | Reg Pay: 1,283.70 | Ovt Pay: 0.00 | | | | | | | | | |
| | Reg Hrs: | Ovt Hrs: 0.00 | Other Pay: 0.00 | Other Hrs: 0.00 | Vacation Pay: 0.00 | Vacation Hrs: 0.00 | Sick Pay: 0.00 | Sick Hrs: 0.00 | | | |
| 002495 | ROBB, LIZA M | | 729 | 11/7/2018 | 11/3/2018 | 11/7/2018 | | | | | 2 |
| | Gross 1,016.95 | FWT 57.30 | EIC 0.00 | SSEC 63.05 | MDCR 14.75 | SWT 31.22 | SUI 0.61 | SDI 0.00 | LWT-1 19.32 | LWT-2 0.00 | DEDS 2.00 | GARN 0.00 | NET 828.70 | |
| | Reg Pay: 1,016.95 | Ovt Pay: 0.00 | | | | | | | | | |
| | Reg Hrs: | Ovt Hrs: 0.00 | Other Pay: 0.00 | Other Hrs: 0.00 | Vacation Pay: 0.00 | Vacation Hrs: 0.00 | Sick Pay: 0.00 | Sick Hrs: 0.00 | | | |

**Employee 002495 totals:**
| Gross 3,221.75 | FWT 191.10 | EIC 0.00 | SSEC 199.75 | MDCR 46.72 | SWT 98.91 | SUI 1.93 | SDI 0.00 | LWT-1 61.21 | LWT-2 0.00 | DEDS 6.00 | GARN 0.00 | NET 2,616.13 | Wks 6 |

Reg Pay: 3,221.75   Ovt Pay: 0.00
Reg Hrs:   Ovt Hrs: 0.00   Other Pay: 0.00   Other Hrs: 0.00   Vacation Pay: 0.00   Vacation Hrs: 0.00   Sick Pay: 0.00   Sick Hrs: 0.00

**Grand totals:**
| Gross 3,221.75 | FWT 191.10 | EIC 0.00 | SSEC 199.75 | MDCR 46.72 | SWT 98.91 | SUI 1.93 | SDI 0.00 | LWT-1 61.21 | LWT-2 0.00 | DEDS 6.00 | GARN 0.00 | NET 2,616.13 | Wks 6 |

Reg Pay: 3,221.75   Ovt Pay: 0.00
Reg Hrs:   Ovt Hrs: 0.00   Other Pay: 0.00   Other Hrs: 0.00   Vacation Pay: 0.00   Vacation Hrs: 0.00   Sick Pay: 0.00   Sick Hrs: 0.00

| CO | FILE | DEPT | CLOCK | VCHR NO. | 120 |
|---|---|---|---|---|---|
| Z2H | 700024 | 914018 | | 00000400390 | 1 |

ARJO INC.
2349 W. LAKE STREET
SUITE 250
ADDISON, IL 60101

# Earnings Statement

![ADP]

Period Beginning: 09/16/2018
Period Ending: 09/29/2018
Pay Date: 10/05/2018

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 5
   PA: N/A

RODNEY W ROBB
125 EAST ELM ST
LEBANON PA 17042

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 27.8500 | 78.00 | 2,172.30 | 38,919.20 |
| Overtime | 41.7750 | 17.25 | 720.62 | 12,227.36 |
| On Call Pay | | | 48.00 | 732.00 |
| Paid Time Off | 27.8500 | 2.00 | 55.70 | 1,671.00 |
| Holiday | | | | 668.40 |
| Std Earnings | | | | 1,097.48 |
| **Gross Pay** | | | **$2,996.62** | 55,983.84 |

### Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -169.04 | 3,020.36 |
| Social Security Tax | -172.38 | 3,216.02 |
| Medicare Tax | -40.31 | 752.13 |
| PA State Income Tax | -85.13 | 1,588.33 |
| Lebanon City Income Tax | -52.69 | 982.99 |
| Mechanicsbur Local Svc Tax | -2.00 | 38.00 |
| PA SUI/SDI Tax | -1.80 | 33.59 |

**Other**

| | this period | year to date |
|---|---|---|
| Dental | -16.47* | 312.93 |
| Medical | -203.27* | 3,862.13 |
| Optional Life | -38.22 | 726.18 |
| Spousal Life | -2.77 | 52.63 |
| Vision | -3.78* | 71.82 |
| Vol Ad&D | -1.27 | 24.13 |
| 401K Loan | -76.00 | 1,444.00 |
| 401K Loan #2 | -14.85 | 282.15 |
| 401K | | 643.24 |

**Net Pay**     **$2,116.64**

### Other

| | this period | year to date |
|---|---|---|
| Checking | -2,116.64 | 38,933.21 |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,773.10

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Group Term Life | 7.11 | 134.25 |
| Tot Work Hours | 95.25 | |
| 401K Co Match | | 459.46 |

### Important Notes

LOG INTO ETIME TO REVIEW PAID TIME OFF BALANCES.
FOR ASSISTANCE CALL 833-ASK-USHR (275-8747)

© 2000 ADP, LLC

---

ARJO INC.
2349 W. LAKE STREET
SUITE 250
ADDISON, IL 60101

Advice number: 00000400390
Pay date: 10/05/2018

Deposited to the account of
RODNEY W ROBB

| account number | transit ABA | amount |
|---|---|---|
| xx5270 | xxxx xxxx | $2,116.64 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR. NO. | 120 |
|---|---|---|---|---|---|
| Z2H | 709024 | 914018 | | 00000420389 | 1 |

ARJO INC.
2349 W. LAKE STREET
SUITE 250
ADDISON, IL 60101

# Earnings Statement 

Period Beginning: 09/30/2018
Period Ending: 10/13/2018
Pay Date: 10/19/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5
  PA: N/A

RODNEY W ROBB
125 EAST ELM ST
LEBANON PA 17042

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 27.8500 | 64.00 | 1,782.40 | 40,701.60 |
| Overtime | 41.7750 | 32.25 | 1,347.24 | 13,574.60 |
| Float Holiday | 27.8500 | 8.00 | 222.80 | |
| On Call Pay | | | 96.00 | 828.00 |
| Paid Time Off | 27.8500 | 8.00 | 222.80 | 1,893.80 |
| Holiday | | | | 668.40 |
| Std Earnings | | | | 1,097.48 |
| **Gross Pay** | | | **$3,671.24** | 59,655.08 |

| | | |
|---|---|---|
| Net Pay | | $2,624.76 |
| Checking | -2,624.76 | 41,557.97 |
| Net Check | | $0.00 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $3,447.72

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -250.00 | 3,270.36 |
| | Social Security Tax | -214.19 | 3,430.21 |
| | Medicare Tax | -50.10 | 802.23 |
| | PA State Income Tax | -105.85 | 1,694.18 |
| | Lebanon City Income Tax | -65.51 | 1,048.50 |
| | Mechanicsbur Local Svc Tax | -2.00 | 40.00 |
| | PA SUI/SDI Tax | -2.20 | 35.79 |
| Other | | | |
| | Dental | -16.47* | 329.40 |
| | Medical | -203.27* | 4,065.40 |
| | Optional Life | -38.22 | 764.40 |
| | Spousal Life | -2.77 | 55.40 |
| | Vision | -3.78* | 75.60 |
| | Vol Ad&D | -1.27 | 25.40 |
| | 401K Loan | -76.00 | 1,520.00 |
| | 401K Loan #2 | -14.85 | 297.00 |
| | 401K | | 643.24 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 7.11 | 141.36 |
| Tot Work Hours | 96.25 | |
| 401K Co Match | | 459.46 |

**Important Notes**
LOG INTO ETIME TO REVIEW PAID TIME OFF BALANCES.
FOR ASSISTANCE CALL 833-ASK-USHR (275-8747)

© 2000 ADP, LLC

---

ARJO INC.
2349 W. LAKE STREET
SUITE 250
ADDISON, IL 60101

Advice number: 00000420389
Pay date: 10/19/2018

Deposited to the account of
RODNEY W ROBB

| account number | transit ABA | amount |
|---|---|---|
| xx5270 | xxxx xxxx | $2,624.76 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

| CO. | FILE | DEPT | CLOCK | VCHR NO | 120 |
|---|---|---|---|---|---|
| ZZH | 709024 | 914018 | | 00004403R0 | 1 |

# Earnings Statement 

Period Beginning: 10/14/2018
Period Ending: 10/27/2018
Pay Date: 11/02/2018

ARJO INC.
2349 W. LAKE STREET
SUITE 250
ADDISON, IL 60101

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 5
 PA: N/A

RODNEY W ROBB
125 EAST ELM ST
LEBANON PA 17042

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 27.8500 | 72.00 | 2,005.20 | 42,706.80 |
| Overtime | 41.7750 | 15.00 | 626.63 | 14,201.23 |
| On Call Pay | | | 48.00 | 876.00 |
| Paid Time Off | 27.8500 | 8.00 | 222.80 | 2,116.60 |
| Std Earnings | | | 170.85 | 1,268.33 |
| Holiday | | | | 668.40 |
| **Gross Pay** | | | **$3,073.48** | 62,728.56 |

## Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -178.26 | 3,448.62 |
| Social Security Tax | -177.14 | 3,607.35 |
| Medicare Tax | -41.43 | 843.66 |
| PA State Income Tax | -87.49 | 1,781.67 |
| Lebanon City Income Tax | -54.15 | 1,102.65 |
| Mechanicsbur Local Svc Tax | -2.00 | 42.00 |
| PA SUI/SDI Tax | -1.85 | 37.64 |

**Other**

| | this period | year to date |
|---|---|---|
| Dental | -16.47* | 345.87 |
| Medical | -203.27* | 4,268.67 |
| Optional Life | -38.22 | 802.62 |
| Spousal Life | -2.77 | 58.17 |
| Vision | -3.78* | 79.38 |
| Vol Ad&D | -1.27 | 26.67 |
| 401K Loan | -76.00 | 1,596.00 |
| 401K Loan #2 | -14.85 | 311.85 |
| 401K | | 643.24 |

**Net Pay** **$2,174.53**

## Other

| | this period | year to date |
|---|---|---|
| Checking | -2,174.53 | 43,732.50 |

**Net Check** **$0.00**

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,849.96

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Group Term Life | 7.11 | 148.47 |
| Tot Work Hours | 87.00 | |
| 401K Co Match | | 459.46 |

**Important Notes**

LOG INTO ETIME TO REVIEW PAID TIME OFF BALANCES.
FOR ASSISTANCE CALL 833-ASK-USHR (275-8747)

© 2000 ADP, LLC

---

ARJO INC.
2349 W. LAKE STREET
SUITE 250
ADDISON, IL 60101

Advice number: 00000440380
Pay date: 11/02/2018

Deposited to the account of
RODNEY W ROBB

| account number | transit ABA | amount |
|---|---|---|
| xx5270 | xxxx xxxx | $2,174.53 |

**THIS IS NOT A CHECK**

## NON-NEGOTIABLE