```
                                United States Bankruptcy Court
                                Middle District of Pennsylvania
In re:                                                              Case No. 18-04271-HWV
Rodney Robb
Liza Robb Robb                                                      Chapter 13
        Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: KADavis              Page 1 of 2              Date Rcvd: Mar 25, 2019
                               Form ID: ntcnfhrg          Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2019.
db/jdb         +Rodney Robb,   Liza Robb Robb,    125 East Elm Street,   Lebanon, PA 17042-7623
5161387        +American National Bank,    8004 S 84th St,    La Vista, NE 68128-3300
5117508        +American National Bank,    Attn: Glenda American,    8004 S. 84th St.,   La Vista, NE 68128-3300
5167283         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5159954        +JONESTOWN BANK & TRUST CO.,    2 WEST MARKET STREET,    JONESTOWN, PA 17038-9628
5117514        +Jonestown Bank & Trust,    P.O. Box 717,    Jonestown, PA 17038-0717
5117516        +Lancaster General Health,    P.O. Box 824809,    Philadelphia, PA 19182-4809
5117522        #Penn Credit Corp,    916 S. 14th St.,   P.O. Box 988,    Harrisburg, PA 17108-0988
5117521       #+Penn Credit Corp,    Attn: Bankruptcy,   P.O. Box 988,    Harrisburg, PA 17108-0988
5117524         UPMC Pinnacle,    P.O. Box 826813,   Philadelphia, PA 19182-6813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5117507        +E-mail/Text: ally@ebn.phinsolutions.com Mar 25 2019 19:33:18     Ally Financial,
                 Attn: Bankruptcy Dept,   P.O. Box 380901,    Minneapolis, MN 55438-0901
5117510         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 25 2019 19:38:16     Capital One,
                 P.O. 71083,   Charlotte, NC 28272-1083
5117509        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 25 2019 19:37:52     Capital One,
                 Attn: Bankruptcy Dept.,   P.O. Box 30285,    Salt Lake City, UT 84130-0285
5117511        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 25 2019 19:34:02     Comenity Bank,
                 Attn: Bankruptcy Dept,   P.O. Box 182125,    Columbus, OH 43218-2125
5117515        +E-mail/Text: bncnotices@becket-lee.com Mar 25 2019 19:33:22     Kohl's Credit,   P.O. Box 3120,
                 Milwaukee, WI 53201-3120
5169462         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 25 2019 19:37:59     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
5117517        +E-mail/Text: bk@lendingclub.com Mar 25 2019 19:34:32     Lending Club Corp,   71 Stevenson St,
                 Suite 300,   San Francisco, CA 94105-2985
5169461         E-mail/Text: bkr@cardworks.com Mar 25 2019 19:33:14     MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,    Greenville, SC 29603-0368
5117519        +E-mail/PDF: gecsedi@recoverycorp.com Mar 25 2019 19:38:13     Mattress Firm,
                 Attn Bankruptcy Dept,   P.O. Box 965030,    Orlando, FL 32896-5030
5117520         E-mail/Text: bkr@cardworks.com Mar 25 2019 19:33:14     Merrick Bank,   P.O. Box 660702,
                 Dallas, TX 75266-0702
5118083        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2019 19:48:55
                 PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
5159300         E-mail/Text: bnc-quantum@quantum3group.com Mar 25 2019 19:34:07
                 Quantum3 Group LLC as agent for,   MOMA Trust LLC,    PO Box 788,   Kirkland, WA 98083-0788
5168786        +E-mail/Text: bankruptcyteam@quickenloans.com Mar 25 2019 19:34:31     Quicken Loans Inc.,
                 635 Woodward Avenue,   Detroit, MI 48226-3408
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5117513         Credit First N.A.,    Attn: BK Credit Operations,   P.O. Box 81315
5117523         Quicken Loans
cr*            +Jonestown Bank & Trust Co.,    2 West Market Street,   Jonestown, PA 17038-9628
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5130875*       +Capital One,   Attn: Bankruptcy Department,    P.O. Box 30285,   Salt Lake City, UT 84130-0285
5117512*       +Comenity Bank,    Attn: Bankruptcy Dept,   P.O. Box 182125,   Columbus, OH 43218-2125
5117518*       +Lending Club Corp,    71 Stevenson St,   Suite 300,   San Francisco, CA 94105-2985
                                                                                            TOTALS: 2, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                                      Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
               D.Troy.Sellars@usdoj.gov,   ustpregion03.ha.ecf@usdoj.gov
              James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Paul C Bametzreider     on behalf of Creditor    Jonestown Bank & Trust Co. paulb@reillywolfson.com,
               edonohue@reillywolfson.com
              R Scot Feeman     on behalf of Debtor 1 Rodney   Robb rsfeeman@feemanlaw.com
              R Scot Feeman     on behalf of Debtor 2 Liza Robb  Robb rsfeeman@feemanlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                      TOTAL: 7
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| --- | --- | --- |
| Rodney Robb, | Chapter | 13 |
| **Debtor 1** | | |
| | Case No. | 1:18−bk−04271−HWV |
| Liza Robb Robb, | | |
| **Debtor 2** | | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**April 24, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: May 1, 2019<br><br>Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KADavis, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 25, 2019 |

ntcnfhrg (03/18)