```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                    Case No. 18-04271-HWV
Rodney Robb
Liza Robb Robb                                            Chapter 13
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: KADavis          Page 1 of 2         Date Rcvd: Mar 25, 2019
                            Form ID: pdf002        Total Noticed: 23

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2019.
db/jdb         +Rodney Robb,    Liza Robb Robb,    125 East Elm Street,    Lebanon, PA 17042-7623
5161387        +American National Bank,    8004 S 84th St,   La Vista, NE 68128-3300
5117508        +American National Bank,    Attn: Glenda American,    8004 S. 84th St.,   La Vista, NE 68128-3300
5167283         Capital One, N.A.,    c/o Becket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
5159954        +JONESTOWN BANK & TRUST CO.,    2 WEST MARKET STREET,    JONESTOWN, PA 17038-9628
5117514        +Jonestown Bank & Trust,    P.O. Box 717,   Jonestown, PA 17038-0717
5117516        +Lancaster General Health,    P.O. Box 824809,    Philadelphia, PA 19182-4809
5117522        #Penn Credit Corp,    916 S. 14th St.,    P.O. Box 988,   Harrisburg, PA 17108-0988
5117521       #+Penn Credit Corp,    Attn: Bankruptcy,    P.O. Box 988,   Harrisburg, PA 17108-0988
5117524         UPMC Pinnacle,    P.O. Box 826813,    Philadelphia, PA 19182-6813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5117507        +E-mail/Text: ally@ebn.phinsolutions.com Mar 25 2019 19:33:18      Ally Financial,
                 Attn: Bankruptcy Dept,    P.O. Box 380901,    Minneapolis, MN 55438-0901
5117510         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 25 2019 19:37:50      Capital One,
                 P.O. 71083,   Charlotte, NC 28272-1083
5117509        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 25 2019 19:38:14      Capital One,
                 Attn: Bankruptcy Dept.,    P.O. Box 30285,   Salt Lake City, UT 84130-0285
5117511        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 25 2019 19:34:00      Comenity Bank,
                 Attn: Bankruptcy Dept,    P.O. Box 182125,    Columbus, OH 43218-2125
5117515        +E-mail/Text: bncnotices@becket-lee.com Mar 25 2019 19:33:20      Kohl's Credit,    P.O. Box 3120,
                 Milwaukee, WI 53201-3120
5169462         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 25 2019 19:37:37      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5117517        +E-mail/Text: bk@lendingclub.com Mar 25 2019 19:34:32      Lending Club Corp,    71 Stevenson St,
                 Suite 300,   San Francisco, CA 94105-2985
5169461         E-mail/Text: bkr@cardworks.com Mar 25 2019 19:33:14      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
5117519        +E-mail/PDF: gecsedi@recoverycorp.com Mar 25 2019 19:37:48      Mattress Firm,
                 Attn Bankruptcy Dept,    P.O. Box 965030,   Orlando, FL 32896-5030
5117520         E-mail/Text: bkr@cardworks.com Mar 25 2019 19:33:14      Merrick Bank,    P.O. Box 660702,
                 Dallas, TX 75266-0702
5118083        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2019 19:37:51
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5159300         E-mail/Text: bnc-quantum@quantum3group.com Mar 25 2019 19:34:05
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,   Kirkland, WA 98083-0788
5168786        +E-mail/Text: bankruptcyteam@quickenloans.com Mar 25 2019 19:34:31      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5117513         Credit First N.A.,    Attn: BK Credit Operations,    P.O. Box 81315
5117523         Quicken Loans
cr*            +Jonestown Bank & Trust Co.,    2 West Market Street,    Jonestown, PA 17038-9628
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5130875*       +Capital One,    Attn: Bankruptcy Department,    P.O. Box 30285,   Salt Lake City, UT 84130-0285
5117512*       +Comenity Bank,    Attn: Bankruptcy Dept,    P.O. Box 182125,   Columbus, OH 43218-2125
5117518*       +Lending Club Corp,    71 Stevenson St,    Suite 300,   San Francisco, CA 94105-2985
                                                                                              TOTALS: 2, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2019 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
           D.Troy.Sellars@usdoj.gov,    ustpregion03.ha.ecf@usdoj.gov
          James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Paul C Bametzreider    on behalf of Creditor    Jonestown Bank & Trust Co. paulb@reillywolfson.com,
           edonohue@reillywolfson.com
          R Scot Feeman    on behalf of Debtor 1 Rodney   Robb rsfeeman@feemanlaw.com
          R Scot Feeman    on behalf of Debtor 2 Liza Robb   Robb rsfeeman@feemanlaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                      TOTAL: 7
```

LOCAL BANKRUPTCY FORM 3015-1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Rodney Robb
Liza Robb Robb

CHAPTER 13
CASE NO. 1:18-bk-04271

■ ORIGINAL PLAN
____ AMENDED AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)
☐ Number of Motions to Avoid Liens
☐ Number of Motions to Value Collateral

**CHAPTER 13 PLAN**

NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☐ Included | ■ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ■ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ■ Not Included |

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN.**

   A. **Plan Payments From Future Income**

   1. To date, the Debtor paid $___ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $**34,800.00**, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 1 | 12 | 300.00 | 0.00 | 300.00 | 3,600.00 |
| 13 | 36 | 550.00 | 0.00 | 550.00 | 13,200.00 |
| 37 | 60 | 750.00 | 0.00 | 750.00 | 18,000.00 |
| | | | | | |
| | | | | | |
| | | | | Total Payments: | $34,800.00 |

   2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

Rev. 12/1/18

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ■ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $**0.00**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

■ No assets will be liquidated. If this line is checked, the rest of § 1.B need not be completed or reproduced.

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

2. **SECURED CLAIMS.**

A. **Pre-Confirmation Distributions.** *Check one.*

■ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

■ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| Ally Financial | 2012 Kia Serento 40000 miles | 2653 |
| American National Bank | 2002 Chevy Tahoe 125000 miles | 1215 |
| Jonestown Bank & Trust | 125 East Elm Street Lebanon, PA 17042 Lebanon County | 9322 |
| Quicken Loans | 125 East Elm Street Lebanon, PA 17042 Lebanon County | 3107 |

C. **Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**. *Check one.*
■ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

D. **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**
■ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

E. **Secured claims for which a § 506 valuation is applicable.** *Check one.*
■ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 1:18-bk-04271-HWV    Doc 41    Filed 03/27/19    Entered 03/28/19 00:46:19    Desc
Imaged Certificate of Notice    Page 4 of 7

    **F.**    <u>Surrender of Collateral.</u> *Check one.*

■ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

    **G.**    <u>Lien Avoidance.</u> *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

■ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

**3.**    **PRIORITY CLAIMS.**

    **A.**    <u>Administrative Claims</u>

        1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

        2. <u>Attorney's fees</u>. Complete only one of the following options:

            a.    In addition to the retainer of $ **1,500.00** already paid by the Debtor, the amount of $ **1,500.00** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c).

            b.    $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

        3. <u>Other</u>. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
           *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

    **B.**    <u>Priority Claims (including, certain Domestic Support Obligations</u>

■ None. *If "None" is checked, the rest of § 3.B need not be completed or reproduced.*

    **C.**    <u>Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B)</u>. *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

**4.**    **UNSECURED CLAIMS**

    **A.**    <u>Claims of Unsecured Nonpriority Creditors Specially Classified.</u>
        *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

    **B.**    **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

**5.**    **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

**6.**    **VESTING OF PROPERTY OF THE ESTATE.**

    **Property of the estate will vest in the Debtor upon**

    *Check the applicable line:*

- ■ plan confirmation.
- ☐ entry of discharge.
- ☐ closing of case.

**7. DISCHARGE: (Check one)**

■ The debtor will seek a discharge pursuant to § 1328(a).

☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8. ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:
Level 1:    Adequate protection payments.
Level 2:    Debtor's attorney's fees.
Level 3:    Domestic Support Obligations.
Level 4:    Priority claims, pro rata.
Level 5:    Secured claims, pro rata.
Level 6:    Specially classified unsecured claims.
Level 7:    Timely general unsecured claims.
Level 8:    Untimely filed general unsecured claims to which the Debtor has not objected.

**9. NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

Dated:   **February 14, 2019**                          **/s/ R. Scot Feeman**
                                                        **R. Scot Feeman 80052**
                                                        Attorney for Debtor

                                                        **/s/ Rodney Robb**
                                                        **Rodney Robb**
                                                        Debtor

                                                        **/s/ Liza Robb Robb**
                                                        **Liza Robb Robb**
                                                        Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains

4

no nonstandard provisions other than those set out in § 9.

Case 1:18-bk-04271-HWV    Doc 41    Filed 03/27/19    Entered 03/28/19 00:46:19    Desc
Imaged Certificate of Notice    Page 7 of 7