UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RODNEY ROBB and : CHAPTER 13
LIZA ROBB ROBB :
   Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
   Movant :
:
vs. :
:
RODNEY ROBB and :
LIZA ROBB ROBB :
   Respondent(s) : CASE NO. 1-18-bk-04271

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

     AND NOW, this 21st day of March, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

     1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

     2. Debtor(s) have failed to file a Chapter 13 Means Test (Form 122C) as required.

     3. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

     a. 2018 Federal Income Tax return.

     WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

     a. Deny confirmation of debtor(s) plan.
     b. Dismiss or convert debtor(s) case.
     c. Provide such other relief as is equitable and just.

     Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

       AND NOW, this   29th   day of March, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

R. Scot Feeman, Esquire
815 Cumberland Street, Suite 200
Lebanon, PA   17042

                                                   /s/Deborah A. Behney
                                                   Office of Charles J. DeHart, III
                                                   Standing Chapter 13 Trustee