IN RE:    RODNEY  ROBB   LIZA ROBB
           ROBB

|  |  |
|---|---|
| Debtor(s) | CHAPTER 13 |

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

           Movant                 CASE NO: 1-18-04271-HWV

vs.

RODNEY  ROBB   LIZA ROBB
ROBB

           Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on March 4, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on February 14, 2019.

2. A hearing was held and an Order was entered on August 28, 2019, denying confirmation.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

Respectfully submitted,

s/  James K. Jones, Esq.
Id:  39031
Attorney for Trustee
Charles J. DeHart, III
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA  17036
Ph.  717-566-6097
Fax. 717-566-8313
eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   RODNEY  ROBB
           LIZA ROBB  ROBB

                          CHAPTER 13

              Debtor(s)

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE            CASE NO: 1-18-04271-HWV
               Movant

**<u>NOTICE</u>**

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

        Ronald Reagan Federal Bldg     Date:  March 25, 2020
        Bankruptcy Courtroom, 3rd Floor
        228 Walnut Street
        Harrisburg, PA 17101           Time:  09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

                                    Charles J. DeHart, III, Trustee
                                    8125 Adams Drive, Suite A
                                    Hummelstown, PA   17036
                                      Phone:  (717) 566-6097
                                      Email:  dehartstaff@pamd13trustee.com

Dated:  March 4, 2020

IN RE:   RODNEY   ROBB
      LIZA ROBB   ROBB

           Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
           Movant

RODNEY   ROBB
  LIZA ROBB   ROBB

           Respondent(s)

CHAPTER 13

CASE NO: 1-18-04271-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 4, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

R SCOT FEEMAN, ESQUIRE                     Served electronically
FEEMAN LAW OFFICES
815 CUMBERLAND ST, SUITE 200
LEBANON, PA   17042-

United States Trustee                          Served electronically
228 Walnut Street
Suite 1190
Harrisburg, PA   17101

RODNEY   ROBB                           Served by 1st Class Mail
125 EAST ELM STREET
LEBANON, PA   17042

I certify under penalty of perjury that the foregoing is true and correct.

Date:   March 4, 2020

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   RODNEY   ROBB
    LIZA ROBB   ROBB


|  |  |
|---|---|
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III | |
| CHAPTER 13 TRUSTEE | |
| Movant | |
| RODNEY   ROBB | |
| LIZA ROBB   ROBB | CASE NO: 1-18-04271-HWV |
| | |
| Respondent(s) | |

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.