```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                        Case No. 18-04271-HWV
Rodney Robb                                                   Chapter 13
Liza Robb Robb
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke              Page 1 of 2                  Date Rcvd: Mar 26, 2020
                               Form ID: ordsmiss            Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2020.
```
db/jdb         +Rodney Robb,    Liza Robb Robb,    125 East Elm Street,    Lebanon, PA 17042-7623
5161387        +American National Bank,    8004 S 84th St,    La Vista, NE 68128-3300
5117508        +American National Bank,    Attn: Glenda American,    8004 S. 84th St.,    La Vista, NE 68128-3300
5159954        +JONESTOWN BANK & TRUST CO.,    2 WEST MARKET STREET,    JONESTOWN, PA 17038-9628
5117514        +Jonestown Bank & Trust,    P.O. Box 717,    Jonestown, PA 17038-0717
5117516        +Lancaster General Health,    P.O. Box 824809,    Philadelphia, PA 19182-4809
5182170        +LendingClub Corporation,    595 Market Street Suite #200,    San Francisco, CA 94105-2807
5117524         UPMC Pinnacle,    P.O. Box 826813,    Philadelphia, PA 19182-6813
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5117507        +EDI: GMACFS.COM Mar 26 2020 23:03:00      Ally Financial,    Attn: Bankruptcy Dept,
                 P.O. Box 380901,    Minneapolis, MN 55438-0901
5117510         EDI: CAPITALONE.COM Mar 26 2020 23:03:00      Capital One,    P.O. 71083,
                 Charlotte, NC 28272-1083
5117509        +EDI: CAPITALONE.COM Mar 26 2020 23:03:00      Capital One,    Attn: Bankruptcy Dept.,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
5167283         EDI: BL-BECKET.COM Mar 26 2020 23:03:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
5117511        +EDI: WFNNB.COM Mar 26 2020 23:03:00      Comenity Bank,    Attn: Bankruptcy Dept,
                 P.O. Box 182125,    Columbus, OH 43218-2125
5117515        +E-mail/Text: bncnotices@becket-lee.com Mar 26 2020 19:10:51      Kohl's Credit,    P.O. Box 3120,
                 Milwaukee, WI 53201-3120
5169462         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 26 2020 19:11:40      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5117517        +E-mail/Text: bk@lendingclub.com Mar 26 2020 19:11:12      Lending Club Corp,    71 Stevenson St,
                 Suite 300,    San Francisco, CA 94105-2985
5169461         E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 26 2020 19:12:03      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5117519        +EDI: RMSC.COM Mar 26 2020 23:03:00      Mattress Firm,    Attn Bankruptcy Dept,    P.O. Box 965030,
                 Orlando, FL 32896-5030
5117520         E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 26 2020 19:11:33      Merrick Bank,
                 P.O. Box 660702,    Dallas, TX 75266-0702
5118083        +EDI: PRA.COM Mar 26 2020 23:03:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5159300         EDI: Q3G.COM Mar 26 2020 23:03:00      Quantum3 Group LLC as agent for,    MOMA Trust LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
5168786        +E-mail/Text: bankruptcyteam@quickenloans.com Mar 26 2020 19:11:10      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
5182395        +EDI: RMSC.COM Mar 26 2020 23:03:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
                                                                                               TOTAL: 15
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5117513         Credit First N.A.,   Attn: BK Credit Operations,    P.O. Box 81315
5117523         Quicken Loans
cr*            +Jonestown Bank & Trust Co.,    2 West Market Street,    Jonestown, PA 17038-9628
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5130875*       +Capital One,    Attn: Bankruptcy Department,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
5117512*       +Comenity Bank,    Attn: Bankruptcy Dept,    P.O. Box 182125,    Columbus, OH 43218-2125
5117518*       +Lending Club Corp,    71 Stevenson St,    Suite 300,    San Francisco, CA 94105-2985
5117521       ##+Penn Credit Corp,    Attn: Bankruptcy,    P.O. Box 988,    Harrisburg, PA 17108-0988
5117522       ##Penn Credit Corp,    916 S. 14th St.,    P.O. Box 988,    Harrisburg, PA 17108-0988
                                                                                   TOTALS: 2, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2020 at the address(es) listed below:

              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
               D.Troy.Sellars@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Paul C Bametzreider    on behalf of Creditor    Jonestown Bank & Trust Co. paulb@reillywolfson.com,
               edonohue@reillywolfson.com
              R Scot Feeman    on behalf of Debtor 1 Rodney  Robb rsfeeman@feemanlaw.com
              R Scot Feeman    on behalf of Debtor 2 Liza Robb  Robb rsfeeman@feemanlaw.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Rodney Robb,

    **Debtor 1**

Liza Robb Robb,

    **Debtor 2**

Chapter 13

Case No. 1:18–bk–04271–HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: March 26, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: KarenDavis, Deputy Clerk

ordsmiss (05/18)